UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TILAPIA FARMING GROUP,

      Plaintiff,

v.                            Case No:   2:09-cv-478-FtM-38DNF

SCOTTSDALE INSURANCE
COMPANY,

      Defendant.

_____/

## ORDER

On September 6, 2013, the Court entered an Order (Doc. #35) administratively closing the case for a period of thirty days.  That time has now expired and no stipulated form or final order or judgment has been submitted.

Accordingly, it is now **ORDERED:**

The Clerk is directed to enter judgment dismissing the case with prejudice, terminate any previously scheduled deadlines and pending motions, and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of October, 2013.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies:  All Parties of Record